IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01138-LTB-PAC

WADE TRENTLAGE,

    Plaintiff(s),

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
Dated:  August 29, 2005

    Upon review of the motion and the response, IT IS HEREBY

    **ORDERED** that Defendant's Motion and Incorporated Memorandum to Stay Discovery or Alternatively for Expedited Ruling on Defendant's Pending Motion for Summary Judgment, [filed August 16, 2005], is **denied in its entirety**.  It is further

    **ORDERED** that Plaintiff's request for attorney fees, as set forth in Plaintiff's August 25, 2005 Response to the above motion, is **denied**.   It is further

    **ORDERED** that the defendant's Unopposed Motion and Incorporated Memorandum to Appear by Telephone at the Scheduling Conference Set for September 19, 2005 is **granted**.  Defendant's counsel may participate in the conference by telephoning the Court at 303-844-4892 on September 19, 2005 at 10:30 a.m. Rocky Mountain Daylight Saving Time.

    *Further, counsel are advised to follow the Court's Electronic Filing Procedures, at page 15, concerning the correct procedure for submitting proposed orders.*