**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01138-LTB-PAC

WADE TRENTLAGE, an individual,
       Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,
       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant's Renewed Motion for Leave to Supplement Motion for Summary Judgment and Opposition to Plaintiff's Motion for Sanctions to Identify Additional Case Law (Doc 39 - filed December 29, 2005) is **GRANTED**.

Dated: December 30, 2005