**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01138-LTB-PAC

WADE TRENTLAGE, an individual,
       Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,
       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     Plaintiff's Unopposed Motion for Leave to Respond to Defendant's Renewed Motion for Leave to Supplement Motion for Summary Judgment and Opposition to Plaintiff's Motion for Sanctions to Identify Additional Case Law (Doc 43 - filed January 6, 2006) is **GRANTED**.


Dated:  January 9, 2006
_____