IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01138-LTB-PAC

WADE TRENTLAGE,

    Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,

    Defendant.
_____

ORDER
_____

    This case is before me on Plaintiff's Motion for Attorney's Fees.  Oral argument would not materially assist in determination of the motion.  After consideration of the motion, related pleadings, and the case file, I deny the motion for the reasons set forth below.

    By the Motion, Plaintiff seeks to recover the attorney fees he has incurred defending against Defendant's Motion for Summary Judgment and Defendant's Motion to Stay Discovery pending a ruling on the summary judgment motion.  Plaintiff was the prevailing party on both of these motions. Nonetheless, Plaintiff has failed to establish that these motions were not supported by existing law and were filed for the purpose of harassing him and delaying the resolution of this case.  Additionally, Plaintiff has failed to satisfy the notice requirements of Fed. R. Civ. P. 11.  Despite the inadequacies of Plaintiff's Motion, I further conclude that Defendant is not entitled to recover the attorney fees it has incurred in defending the same.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Attorney's Fees is DENIED.

Dated: January   13  , 2006 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE