IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01138-LTB-PAC

WADE TRENTLAGE,

      Plaintiff(s),

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that all deadlines in the Scheduling Order including the Final Pretrial Conference set for August 11, 2006 are **vacated** as the parties have reached a settlement.

      IT IS **ORDERED** that defendant's Motion to Compel [Doc. No. 31] is **denied as moot** regarding any matters not ruled on January 19, 2006.

      IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **February 14, 2006.**

Dated:  February 1, 2006