IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01138-LTB-PAC

WADE TRENTLAGE,

    Plaintiff(s),

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that responses to Defendant's Motion for Sanctions [filed February 27, 2006; Doc. No. 60]; Defendant's Motion to Enforce Settlement Agreement [filed February 27, 2006; Doc. No. 61]; and Motion to Withdraw [filed February 27, 2006; Doc. No. 62], are due on or before **March 20, 2006.**

    IT IS **ORDERED** that a hearing on the above motions is set for **March 22, 2006 at 10:00 a.m.**, in Courtroom A501.

    IT IS **ORDERED** that all counsel and Wade Trentlage shall be present in person for the hearing.

    IT IS **ORDERED** that the Clerk's Office shall send a copy of this Minute Order to the following:

Wade B. Trentlage
3914 B. Street
Greeley, CO 80634

Dated:  March 1, 2006