IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:05-CV-1138-LTB-PAC

WADE TRENTLAGE, an individual

    Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation

    Defendant.

---

[PROPOSED] ORDER GRANTING HOWARD O. BERNSTEIN, P.C.'S UNOPPOSED MOTION FOR EXPEDITED RULING ON MOTION TO WITHDRAW

---

This matter comes before this Court on Howard O. Bernstein, P.C.'s Unopposed Motion For Expedited Ruling On Motion To Withdraw [Doc # 74], The Court has reviewed the file and considered the Motion, and any response filed. The Court, being fully advised, finds and orders as follows:

**IT IS HEREBY ORDERED** that Howard O. Bernstein, P.C.'s Unopposed Motion to Expedite Ruling On Motion To Withdraw is **GRANTED**. Mr. Bernstein's Motion to Withdraw [# 62] is granted, and he is hereby withdrawn as counsel of record for Plaintiff Wade Trentlage. Further, Mr. Bernstein is ordered to appear at the motions hearing March 22, 06 at 10a.m.

**DONE AND DATED** this 21st day of March, 2006.

BY THE COURT

S/ PATRICIA A WOAN
District Court Magistrate Judge
PATRICIA A COAN

1