IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01138-LTB-PAC

WADE TRENTLAGE,

    Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss (Doc 85 - filed August 1, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, Chief Judge

DATED: August 2, 2006