IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01138-LTB-PAC

WADE TRENTLAGE,

      Plaintiff,

v.

AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation

      Defendant.
_____

ORDER
_____

      This case is before me on the recommendation of Magistrate Judge O. Edward Schlatter issued and served on June 20, 2007 (Doc 101). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted as follows:

      The Court did not retain ancillary jurisdiction over Plaintiff's claims that ACS or Mr. Bernstein breached the settlement agreement; Plaintiff has also failed to identify a jurisdictional basis for his requests that the Court order Mr. Bernstein to give him all documents obtained in discovery, and any other requested relief unrelated to the terms of the settlement agreement; and Plaintiff's motions are DENIED for lack of subject matter jurisdiction.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, Judge

DATED: July 23, 2007